# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | No. 4:18-cv-00191-ELR |
| ) | |
| CHARLES C. ADAMS, M.D., CHARLES ) | |
| C. ADAMS, M.D., P.C., D/B/A/ FULL ) | |
| CIRCLE MEDICAL CENTER, AND ) | |
| PERSONAL INTEGRATIVE MEDICINE ) | |
| PLLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANTS' RESPONSE TO
## GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY

On September 19, 2022, the United States submitted to the Court via Letter on CM/ECF what it deems supplemental authority regarding pending *Daubert* motions. [Dkt. 173 at 1.] Defendants write to respectfully note for the Court that the proposed supplemental authority has no bearing on the pending *Daubert* motions in this case.

The *Burkich* opinion provided by the government is specific to the facts of that case, which are distinguishable from the present case in several respects. Namely, the experts in this case do not suffer from the same deficiencies. As set

1

forth in Defendants' responses to the government's *Daubert* motions, Defendants' expert physician Dr. Eric Born cited numerous studies in his report that support his opinion in this case regarding the medical care rendered and he provided similar supporting testimony at deposition. Additionally, Defendants' public health expert, Dr. Christa Wright, made clear both in her report and at deposition that she was not a clinician and was not offering an opinion on the medical treatment rendered in this case. Therefore, because the *Burkich* court relied on express factual deficiencies that are not present in this case, it is of not utility to the Court regarding the pending motions. Should the Court need additional information, Defendants can provide briefing upon request.

| | |
|---|---|
| Date: September 21, 2022 | *s/ Lauren A. Warner* <br> Scott R. Grubman (GA Bar No. 317011) <br> sgrubman@cglawfirm.com <br> Lauren A. Warner (GA Bar No. 425769) <br> lwarner@cglawfirm.com <br> Brittany M. Cambre (GA Bar No. 350793) <br> bcambre@cglawfirm.com <br> CHILIVIS GRUBMAN <br> 1834 Independence Square <br> Atlanta, Georgia 30338 <br> Telephone: 404-233-4171 <br> Facsimile:  404-261-2842 <br> <br> *Attorneys for Defendants* |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), specifically, Times New Roman, 14 point.

*s/ Lauren A. Warner*
Lauren A. Warner

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, I electronically filed the foregoing document using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Akash Desai, Esq.
Anthony DeCinque, Esq.
Assistant United States Attorneys
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA  30303
akash.desai@usdoj.gov
anthony.decinque@usdoj.gov

*s/ Lauren A. Warner*
Lauren A. Warner
Georgia Bar No. 425769
Chilivis Grubman Dalbey & Warner, LLP
3127 Maple Drive
Atlanta, Georgia 30305
(404) 233-4171 (main)
(404) 262-6506 (direct)
(404) 261-2842 (fax)
lwarner@cglawfirm.com