# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 4:18-CV-00191-ELR |
| | * | |
| CHARLES C. ADAMS, M.D., | * | |
| CHARLES C. ADAMS, M.D., P.C., | * | |
| D/B/A FULL CIRCLE MEDICAL | * | |
| CENTER, AND PERSONAL | * | |
| INTERGRATIVE MEDICAL PLLC., | * | |
| | * | |
| Defendants. | * | |
| | * | |

## O R D E R

The undersigned finds that she has a conflict in this case. Pursuant to Canon 3(C) of the Code of Conduct for United States Judges, the undersigned **RECUSES** from this case and **DIRECTS** the Clerk to reassign this action to another judge in accordance with the Internal Operating Procedures of this Court.

**SO ORDERED**, this 20th day of April, 2023.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia