**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br><br><br>  v.<br><br>CHARLES C. ADAMS, M.D.,<br>CHARLES C. ADAMS, M.D., P.C.,<br>D/B/A/ FULL CIRCLE MEDICAL<br>CENTER,<br><br>  Defendants. | CIVIL ACTION NO.<br>4:18-CV-00191-WMR |

**<u>JUDGMENT</u>**

The jury having returned its verdict in this case in favor of Plaintiff the United States of America on Plaintiff's claims pursuant to the False Claims Act ("FCA") against Defendants Charles C. Adams, M.D. and Charles C. Adams, M.D., P.C. [Doc. 238], the Court hereby enters judgment in favor of Plaintiff and finds that Defendants are liable for violations of the FCA. The jury found that Defendants submitted 4,407 false claims that resulted in $1,109,734 damages to Plaintiff. Thus, the Court must calculate the damages pursuant to 31 U.S.C. § 3729(a)(1).

Damages and penalties under the FCA are calculated by multiplying the number of false claims by the required penalty amount plus three times the amount

of the damages sustained by the Plaintiff because of Defendants' claims. *Id.* As to the per claim penalties, the FCA imposes a minimum penalty of $5,000 per claim submitted. *Id.* The FCA also requires that this penalty be adjusted for inflation according to the Federal Civil Penalties Inflation Adjustment Act. *Id.* Thus, the minimum penalty relevant to this case is $5,500. *See* 28 C.F.R. 85.3(a)(9). Plaintiff seeks the statutory minimum penalty here, so Plaintiff is entitled to $24,238,500 in penalties—the $5,500 minimum penalty multiplied by 4,407, the number of false claims the jury found Defendant submitted. As to treble damages, the FCA also requires the Court to award three times the damages the jury found Plaintiff sustained because of these claims. 31 U.S.C. § 3729(a)(1). Thus, Plaintiff is also entitled to $3,329,229 in treble damages—three times the $1,109,734 in damages jury found Plaintiff sustained due to Defendants' claims. As such, the Defendants are jointly and severally liable to the Plaintiff for $27,567,729 in damages and penalties pursuant to the FCA.

In reviewing the parties' post-trial motions, the Court also found that Plaintiff is entitled to judgment on its equitable, common law claims. Thus, the Court finds that Defendants are jointly and severally liable for $330,953 in damages for the federal common law count of payment by mistake. However, this judgment is concurrent with the Court's judgment on the FCA count as there can only be one recovery in this case. Likewise, the Court finds that Defendants are jointly and

severally liable for $330,953 in damages for the federal common law count of unjust enrichment. However, this judgment is concurrent with the Court's judgment on the FCA count and payment by mistake count as there can only be one recovery in this case.

Accordingly, judgment is entered in the amount of $27,567,739 against Defendants Charles C. Adams, M.D., and Charles C. Adams, M.D., P.C. pursuant to the FCA. Judgment is concurrently entered in the amount of $330,953 against Defendants for Plaintiff's claim of payment by mistaken. Lastly, judgment is also concurrently entered in the amount of $330,953 against Defendants for Plaintiff's claim of unjust enrichment.

**IT IS SO ORDERED** this 25th day of August, 2023.


_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE